# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:    Fitzgerald, Sonja T                §        Case No. 07 B 04105
                                             §
Debtor                                       §
                                             §

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/08/2007.

2) The plan was confirmed on 05/14/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/23/2009.

5) The case was dismissed on 03/23/2009.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $3,600.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,400.00 |
| Less amount refunded to debtor | $166.49 |

**NET RECEIPTS:** $3,233.51

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,800.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $184.04 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,984.04

Attorney fees paid and disclosed by debtor   $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL Inc | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Advocate Health Center Trinity | Unsecured | $31.00 | NA | NA | $0 | $0 |
| Advocate Home Care Products | Unsecured | $98.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | $1,822.10 | $1,822.10 | $0 | $0 |
| America's Financial Choice Inc | Unsecured | NA | $2,101.20 | $2,101.20 | $25.59 | $0 |
| American Credit Bureau | Unsecured | $170.00 | NA | NA | $0 | $0 |
| Arrowhead Investments | Unsecured | $360.00 | NA | NA | $0 | $0 |
| Aspire | Unsecured | $904.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $233.00 | $233.43 | $233.43 | $0 | $0 |
| AT&T Broadband | Unsecured | $274.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $908.00 | $917.02 | $917.02 | $0 | $0 |
| Carter C MD | Unsecured | $62.00 | NA | NA | $0 | $0 |
| Cash Net | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Cash Store | Unsecured | $1,767.00 | NA | NA | $0 | $0 |
| Cashnet | Unsecured | $275.00 | NA | NA | $0 | $0 |
| Chex Systems Inc | Unsecured | $335.00 | NA | NA | $0 | $0 |
| Chicago Tribune | Unsecured | $100.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Christ Hospital | Unsecured | $78.00 | NA | NA | $0 | $0 |
| Cincinnati Life Ins | Unsecured | $32,000.00 | NA | NA | $0 | $0 |
| Citibank Federal Savings Bank | Unsecured | $200.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $300.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $500.00 | $814.85 | $814.85 | $0 | $0 |
| Commonwealth Edison | Unsecured | $174.00 | NA | NA | $0 | $0 |
| Credit Pac | Unsecured | $306.00 | NA | NA | $0 | $0 |
| Equifax | Unsecured | $93.00 | NA | NA | $0 | $0 |
| Farmers Recovery A/S/O Linz | Unsecured | $8,053.00 | $7,471.09 | $7,471.09 | $0 | $0 |
| FCNB LaSalle | Unsecured | $300.00 | NA | NA | $0 | $0 |
| First Premier Bank | Unsecured | $358.00 | NA | NA | $0 | $0 |
| Generand C Algenio DDS | Unsecured | $149.00 | NA | NA | $0 | $0 |
| Grolier Books | Unsecured | $30.00 | NA | NA | $0 | $0 |
| HCS Inc | Unsecured | $95.00 | NA | NA | $0 | $0 |
| Household Credit Services | Unsecured | $631.00 | NA | NA | $0 | $0 |
| Instant Cash Advance | Unsecured | $530.00 | NA | NA | $0 | $0 |
| Kids R Us | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Kumud S Shah MD | Unsecured | $303.00 | NA | NA | $0 | $0 |
| MCI | Unsecured | $42.00 | NA | NA | $0 | $0 |
| MD Orthotic & Prosthetic Laboratory | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Midwest Anesthesiologists | Unsecured | $109.00 | NA | NA | $0 | $0 |
| Midwest Orthopaedics | Unsecured | $400.00 | $136.80 | $136.80 | $0 | $0 |
| National Capital Management | Unsecured | $690.00 | $814.98 | $814.98 | $0 | $0 |
| NCI | Unsecured | $400.00 | $1,804.74 | $1,804.74 | $21.98 | $0 |
| NCO Financial Services Inc | Unsecured | $295.00 | NA | NA | $0 | $0 |
| Northwest Capital | Unsecured | NA | $1,804.74 | $1,804.74 | $0 | $0 |
| Northwest Community Hospital | Unsecured | $173.00 | NA | NA | $0 | $0 |
| P R L Direct | Unsecured | $380.00 | NA | NA | $0 | $0 |
| Panio Pascal MD | Unsecured | $1,690.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $1,964.00 | $2,291.72 | $2,291.72 | $27.91 | $0 |
| Payroll Loans | Unsecured | $275.00 | NA | NA | $0 | $0 |
| Pearle Vision | Unsecured | $184.00 | NA | NA | $0 | $0 |
| Performance Foot And Ankle Center | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Radiology Center | Unsecured | $18.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $943.93 | $943.93 | $0 | $0 |
| South Suburban Hospital | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $350.00 | $332.69 | $332.69 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Suburban Emergency Physician | Unsecured | $37.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $638.00 | $437.85 | $437.85 | $0 | $0 |
| TCF Bank | Unsecured | $250.00 | NA | NA | $0 | $0 |
| TJ Max | Unsecured | $93.00 | NA | NA | $0 | $0 |
| Toys R Us | Unsecured | $121.00 | NA | NA | $0 | $0 |
| TRI State Financial | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Triad Financial Services | Unsecured | $16,000.00 | $14,285.14 | $14,285.14 | $173.99 | $0 |
| Uic-Physicians Group | Unsecured | $41.00 | NA | NA | $0 | $0 |
| US Employees Credit Union | Unsecured | $392.00 | NA | NA | $0 | $0 |
| Village Of Bridgeview | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Village of Dolton | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Zalutsky & Pinski Ltd | Unsecured | NA | $665.10 | $665.10 | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $36,877.38 | $249.47 | $0 |

UST Form 101-13-FR-S (4/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,984.04 |
| Disbursements to Creditors | $249.47 |
| **TOTAL DISBURSEMENTS:** | **$3,233.51** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 19, 2009          By: /s/ MARILYN O. MARSHALL
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)